UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:23-cv-81544-AMC

HOWARD COHAN,

    Plaintiff,

vs.                                                INJUNCTIVE RELIEF SOUGHT

LIMITLESS POTENTIAL GROUP LLC
a Florida Limited Liability Company
d/b/a ALLEYCAT

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN, by and through his undersigned counsel, hereby notifies the Court that the instant action has settled. Accordingly, the Plaintiff expects to file a Notice of Voluntary Dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED February 1, 2024.

                                                By: **/s/ Gregory S. Sconzo**
                                                Gregory S. Sconzo, Esq.
                                                Florida Bar No.: 0105553
                                                Sconzo Law Office, P.A.
                                                3825 PGA Boulevard, Suite 207
                                                Palm Beach Gardens, FL 33410
                                                Telephone: (561) 729-0940
                                                Facsimile: (561) 491-9459
                                                Email: greg@sconzolawoffice.com
                                                Email: samantha@sconzolawoffice.com
                                                Attorney for Plaintiff

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 1, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Defendant's Representative in this action, Howard Baker, via email to: hbaker@wilensandbaker.com.

                                             **/s/ Gregory S. Sconzo**
                                             **Gregory S. Sconzo, Esq.**